IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOMINICK PALAMARA,

    Plaintiff,

v.                                No. 13-cv-1109 WJ/SMV

LOS ALAMOS NATIONAL SECURITY, LLC;
LANS WELFARE BENEFIT PLAN FOR RETIREES; and
LANS WELFARE BENEFIT PLAN FOR EMPLOYEES;

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     February 24, 2014, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set **February 24, 2014, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than four incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.